## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5.00 For Deposit To Registry Fund

Debtor:   Charles & Natalie Johnson

Chapter 7 Case No.   08-60489

Please Check One:

☐ 1  Unclaimed Dividends

x 2  Distribution Less Than $5.00

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Internal Revenue Service PO Box 21126 Philadelphia, PA  19114 | 24 | $74.59 | $2.01 |

Date: January 14, 2010

/e/ Gene W. Doeling
Trustee Gene W. Doeling
P.O. Box 423
Fargo, ND 58107
701.232.8757

RECEIVED 10 JAN 15 AM 9: 15 U.S. BANKRUPTCY COURT FERGUS FALLS, MN